# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134321(94)

J. EDWARD KLOIAN,
        Plaintiff,
        Counter-Defendant-Appellant,

v                                                      SC: 134321
                                                       COA: 262953
                                                       Washtenaw CC: 84-028688-CK
THOMAS VAN FOSSEN, Personal Representative
of the Estate of William Van Fossen,
        Defendant, Counter-Plaintiff,
        Third-Party Plaintiff-Appellee,
and

VICTOR T. WEBER,
        Third-Party Defendant.
_____/

On order of the Court, the motion for reconsideration of this Court's December 28, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

d0317